UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reginald L. McCoy, )
)
    Petitioner, )
)
v. ) Civil Action No. 08 1288
)
Harley G. Lappin *et al.*, )
)
    Respondents. )

TRANSFER ORDER

Petitioner is a prisoner confined at the Federal Correctional Complex in Coleman, Florida. He petitions for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711, 2720 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Secretary of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) ("jurisdiction is proper only in the district in which the immediate, not the ultimate, custodian is located.") (internal citations and quotation marks omitted). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 15 day of July 2008,

ORDERED that this case is TRANSFERRED to the United States District Court for the Middle District of Florida. The Clerk of this Court shall file and docket the petition. Whether



petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Colleen Kollar-Kotelly
United States District Judge

2